IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

vs.                                       Case Nos.:   3:18cr113/MCR/MAL
                                                                         3:22cv5058/MCR/MAL

RONALD ROSCOE,

    Defendant.
_____/

# **O R D E R**

The magistrate judge issued a Report and Recommendation dated February 11, 2025. ECF No. 109. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have conducted a <u>de novo</u> review of any timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation, ECF No. 109, is adopted and incorporated by reference in this order.

2.    Defendant's *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set

Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 92, is **DENIED;** and

    3.    A certificate of appealability is **DENIED**.

**DONE and ORDERED** this 13th day of June 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case Nos.: 3:17cr39/MCR/MAL; 3:20cv5424/MCR/MAL